Toledo Bar Association *v.* Richardson.

[Cite as Toledo Bar Assn. *v.* Richardson (1991), 60 Ohio St. 3d 98.]

(No. 90-2076—Submitted January 8, 1991—Decided June 5, 1991.)

*Frank E. Kane, Dale W. Fallat* and *John N. MacKay,* for relator.

*Robert Z. Kaplan* and *Richard S. Walinski,* for respondent.

*Per Curiam.* We concur with the findings and recommendation of the board. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.